# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PADRES UNIDOS DE TULSA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GENTNER DRUMMOND, et al.,<br><br>*Defendants*. | Case No. CIV-24-526-R |

## NOTICE OF RELATED CASE

Plaintiffs, Padres Unidos de Tulsa and Ximena Monserrat Lopez Mena, hereby give notice of the following related case: *United States v. State of Oklahoma, et al.*, No. 5:24-cv-00511-J (W.D. Oklahoma), which is currently pending before Judge Bernard M. Jones. Both cases involve challenges to the same law, Oklahoma House Bill 4156 (codified at Okla. Stat. tit. 21, § 1795), and the plaintiffs in both cases seek preliminary relief on preemption and Commerce Clause claims.

Dated: May 23, 2024

Noor Zafar*
Wafa Junaid*
Omar Jadwat*
American Civil Liberties Union
Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
*nzafar@aclu.org*
*wjunaid@aclu.org*
*ojadwat@aclu.org*

Spencer Amdur*
Oscar Sarabia Roman*
Cody Wofsy*
American Civil Liberties Union
Foundation, Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
*samdur@aclu.org*
*osarabia@aclu.org*
*cwofsy@aclu.org*

Respectfully submitted,

/s/ *Elissa Stiles*
Elissa Stiles (OK Bar. No. 34030)
Rivas and Associates
P.O. Box 470348
Tulsa, OK 74147
T: (918) 419-0166
F: (918) 513-6724
*estiles@rivasassociates.com*

Nicholas Espíritu*
Tanya Broder*
National Immigration Law Center
3450 Wilshire Blvd., No. 108-62
Los Angeles, CA 90010
T: (213) 639-3900
F: (213) 639-3911
*espiritu@nilc.org*
*broder@nilc.org*

Megan Lambert (OK Bar. No. 33216)
Devraat Awasthi (OK Bar. No. 35544)
American Civil Liberties Union of
Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
T: (405) 525-3831
*mlambert@acluok.org*
*dawasthi@acluok.org*

*Attorneys for Plaintiffs*
*\*Pro hac vice application forthcoming*

**CERTIFICATE OF SERVICE**

      I hereby certify that this notice will be served concurrently with the service of the Summons and Complaint in this matter.

                                        */s/ Elissa Stiles*
                                        Elissa Stiles (OK Bar. No. 34030)
                                        Rivas and Associates
                                        P.O. Box 470348
                                        Tulsa, OK 74147
                                        (918) 419-0166 T | (918) 513-6724 F
                                        estiles@rivasassociates.com

                                        *Counsel for Plaintiffs*