UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

PADRES UNIDOS DE TULSA, et al., )
)
    Plaintiffs, )
)
v. ) Case No. CIV-24-526-J
)
GENTNER DRUMMOND, et al., )
)
    Defendants. )

## ORDER

Before the Court are (1) Defendants' Unopposed Motion for a Stay of Their Deadline to Respond to the Complaint [Doc. No. 34]; and (2) the parties' Joint Motion for Briefing Schedule [Doc. No. 35].

First, upon review, Defendants' Unopposed Motion for a Stay of Their Deadline to Respond to the Complaint [Doc. No. 34] is GRANTED. The Court will set any deadlines for responding to the complaint after ruling on Plaintiffs' pending motion for injunctive relief.

Second, upon review, the parties' Joint Motion for Briefing Schedule [Doc. No. 35] is GRANTED as follows: Defendants shall respond to Plaintiffs' motion for injunctive relief by June 13, 2024; said response shall not exceed 35 pages. Plaintiffs shall reply in support of their motion by June 18, 2024; said reply shall not exceed 15 pages.[1]

IT IS SO ORDERED this 5th day of June, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

---

[1] At this time, the Court finds that a hearing is unnecessary to resolve Plaintiffs' motion for injunctive relief.